UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
_____ DIVISION

Eastern District of Kentucky
**F I L E D**
JUL 1 3 2017
AT FRANKFORT
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

THE UNITED STATES OF AMERICA, )
and THE STATE OF INDIANA, ex rel. )
RICHARD PARKEY )
    PLAINTIFFS, )
)
VS. )   Civil Action No. 3:17cv53 GFVT
)
UNITED SEATING AND MOBILITY, )
LLC, d/b/a NUMOTION )
    DEFENDANT. )   **FILED UNDER SEAL**
)
)

## MOTION FOR LEAVE TO SEAL

Comes undersigned counsel for the Plaintiff, and respectfully moves the Court for an Order authorizing the filing of a sealed document.

Respectfully submitted,

GOLDEN LAW OFFICE, PLLC

*/s/ Mary Lauren Melton*

Justin S. Peterson
Mary Lauren Melton
771 Corporate Drive, Suite 750
Lexington, Kentucky 40503
Telephone:   (859) 469-5000
Facsimile:   (859) 469-5001
jpeterson@goldenlawoffice.com
mary@goldenlawoffice.com
COUNSEL FOR RELATOR


Mark A. Wohlander
Mark@wohlanderlaw.com
Wohlander Law Office, PSC
P.O. Box 910483
Lexington, Kentucky 40591
Telephone: (859) 309-1691
Facsimile: (859) 309-1698
Cellular: (859) 361-5604
CO-COUNSEL FOR RELATOR


Benjamin J. Vernia
bvernia@vernialaw.com
The Vernia Law Firm
1455 Pennsylvania Ave., N.W.
Suite 400
Washington, D.C. 20004
Telephone:  (202) 349-4053
Cellular: (703) 283-7093
CO-COUNSEL FOR RELATOR

2

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was sent to the following:

Hon. Jefferson Sessions
Attorney General
of the United States
US Department of Justice
950 Pennsylvania Avenue, NW
Washington, D.C. 20530

Carlton S. Shier, IV
United States Attorney
for the Eastern District
of Kentucky
260 West Vine Street, Suite 300
Lexington, Kentucky, 40507-1671

_____
COUNSEL FOR PLAINTIFF

846-3708-8808, v. 3