Eastern District of Kentucky
F I L E D
NOV 2 3 2022
AT LEXINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT FRANKFORT

FILED UNDER SEAL

Civil Action No. 3:17-CV-53-GFVT

UNITED STATES OF AMERICA and the
STATE OF INDIANA *ex rel.* RICHARD PARKEY,   Plaintiffs,

v.

UNITED SEATING AND MOBILITY, LLC,
d/b/a NUMOTION,   Defendant.

---

### RESPONSE OF THE UNITED STATES TO EX PARTE ORDER 39

The United States requests that, as provided under 31 U.S.C. § 3730(b), the seal be lifted as to relator's complaint and as to all other contents of the Court file, except for the following twelve *in camera* memorandums in support of the United States' requests for extensions of the intervention deadline:

- Memorandum of the United States in Support of its *Ex Parte* Motion for (1) an Extension of the Intervention Deadline, and (2) a Partial Lift of the Seal (filed September 11, 2017)

- Memorandum of the United States in Support of its *Ex Parte* Motion for an Extension of the Intervention Deadline (filed March 12, 2018)

- Memorandum of the United States in Support of its *Ex Parte* Motion for (1) an Extension of the Intervention Deadline, and (2) a Partial Lift of the Seal (filed September 5, 2018)

- Memorandum of the United States in Support of its *Ex Parte* Motion for an Extension of the Intervention Deadline (filed March 8, 2019)
- United States' Memorandum in Support of its *Ex Parte* Motion for an Extension of the Intervention Deadline (filed September 5, 2019)
- United States' Memorandum in Support of its *Ex Parte* Motion for an Extension of the Intervention Deadline (filed December 27, 2019)
- United States' Memorandum in Support of its *Ex Parte* Motion for an Extension of the Intervention Deadline (filed November 4, 2020)
- United States' Memorandum in Support of its *Ex Parte* Motion for an Extension of the Intervention Deadline (filed May 3, 2021)
- United States' Memorandum in Support of its *Ex Parte* Motion for an Extension of the Intervention Deadline (filed September 29, 2021)
- United States' Memorandum in Support of its *Ex Parte* Motion for an Extension of the Intervention Deadline (filed December 29, 2021)
- United States' Memorandum in Support of its *Ex Parte* Motion for an Extension of the Intervention Deadline (filed March 25, 2022)
- United States' Memorandum in Support of its *Ex Parte* Motion for an Extension of the Intervention Deadline (filed August 26, 2022).

In discussing the content and extent of the United States' non-public investigation, including its impressions of and methods and thought processes for assessing relator's allegations, these submissions were provided under § 3730(b)(3) to the Court alone for the sole purpose of evaluating whether the seal and time for making an election to intervene

should be extended. *See id.* 3730(b)(2)-(3) (providing only for unsealing of the *in camera* complaint).

As noted in the United States' Notice of Election to Intervene in Part, the parties are working to finalize and execute a settlement agreement. Pursuant to L.R. 54.1, following the execution of that agreement, the United States intends to tender a Notice of Settlement with the Court. In that Notice, the United States will detail the timeframe for when the United States and the relator intend to tender a voluntary stipulation of dismissal pursuant to Fed. R. Civ. P. 41(a).

A proposed order accompanies this Response.

Respectfully submitted,

CARLTON S. SHIER, IV
United States Attorney

*Jennifer A. Williams*
JENNIFER A. WILLIAMS
Assistant United States Attorney
Eastern District of Kentucky
260 W. Vine Street, Suite 300
Lexington, Kentucky 40507
859-233-2661
859-233-2533 (fax)
Jennifer.A.Williams2@usdoj.gov

*Counsel for the United States of America*

DATED: November 23, 2022

## CERTIFICATE OF SERVICE

I, **JENNIFER A. WILLIAMS**, Assistant United States Attorney for the Eastern District of Kentucky, hereby certify that I have this day served the foregoing Response of the United States to Ex Parte Order 39, by emailing, a true copy of the same to:

Mark Wohlander
Attorney at Law
P.O. Box 910483
Lexington, Kentucky 40591
mark@wohlanderlaw.com

Dale Golden
Golden Law Office
Fountain Way
Lexington, Kentucky 405
dgolden@goldenlawoffice.com

*Counsel for the Relator*

_____
Jennifer A. Williams
Assistant United States Attorney