UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT FRANKFORT

**FILED UNDER SEAL**

Civil Action No. 3:17-CV-53-GFVT

**UNITED STATES OF AMERICA** and the
**STATE OF INDIANA** *ex rel.* **RICHARD PARKEY**,                              Plaintiffs,

v.

**UNITED SEATING AND MOBILITY, LLC,**
**d/b/a NUMOTION,**                              Defendant.

---

PROPOSED ORDER

---

The United States having requested that the Court file be unsealed with limited exceptions, the Court rules as follows:

IT IS ORDERED that,

1. The relator's Complaint, the United States' Motions, Notices, and Proposed Orders, and the Court's Orders be unsealed;

2. The United States' memorandums in support of its motions for the extension of the intervention deadline, filed on September 11, 2017; March 12, 2018; September 5, 2018; March 8, 2019; September 5, 2019; December 27, 2019; November 4, 2020; May 3, 2021; September 29, 2021; December 29, 2021; March 25, 2022; and August 26, 2022, remain under seal;

3. The seal be lifted on all other matters occurring in this action after the date of this Order; and

4. Once the settlement agreement has been executed, pursuant to L.R. 54.1, the United States shall tender a Notice of Settlement with the Court. The Notice of Settlement shall detail the timeframe for when the United States and the relator intend to tender a voluntary stipulation of dismissal pursuant to Fed. R. Civ. P. 41(a).