UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
FRANKFORT

| | |
|---|---|
| UNITED STATES OF AMERICA AND THE STATE OF INDIANA, *ex rel.* RICHARD PARKEY, <br><br> Plaintiff, <br><br> v. <br><br> UNITED SEATING AND MOBILITY, LLC, <br><br> Defendant. | Civil No. 3:17-cv-00053-GFVT <br><br> **ORDER** |

\*\*\* \*\*\* \*\*\* \*\*\*

This matter is before the Court on its own motion. The Court recently entered an order lifting the seal in this case. [R. 41.] Therein, the Court ordered that "the seal is lifted as to this Order and as to all filings in this matter after the date of entry of this order. *Id.* at 3. The order was styled as an "Ex Parte Order." *Id.* at 1. The reference to the order as *ex parte* appears to be a scrivener's error. Accordingly, it is **HEREBY ORDERED** as follows:

1. The Court's Order [**R. 41**] entered on November 30, 2022, **SHALL** be titled "Order;"

2. The filing [**R. 41**] **SHALL** be publicly available and not maintained under to seal; and,

3. The Clerk is **DIRECTED** to make the order [**R. 41**] available to all parties.

This the 2nd of December 2022.

Gregory F. Van Tatenhove
United States District Judge