# Rule 4 Waiver of the Service of Summons

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT FRANKFORT

**Civil Action No. 3:17-CV-53-GFVT**

UNITED STATES OF AMERICA and the

STATE OF INDIANA *ex rel.* RICHARD PARKEY,                    Plaintiffs,

v.

UNITED SEATING AND MOBILITY, LLC,

d/b/a NUMOTION,                                              Defendant.

To: Jennifer A. Williams, Assistant United States Attorney, Eastern District of Kentucky

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from December 5, 2022, the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: 12/6/22

*/s/ Lisa Noller*

Signature of attorney

Lisa Noller

Printed Name

Foley + Lardner LLP

321 N. Clark St., Suite 3000
Chicago, IL 60654
Address

lmoller@foley.com
E-mail address

(312) 832-4363
Telephone Number