UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
FRANKFORT

| | |
|---|---|
| UNITED STATES OF AMERICA AND <u>THE STATE OF INDIANA, *ex rel*</u>. RICHARD PARKEY, <br><br> **Plaintiff**, <br><br> v. <br><br> UNITED SEATING AND MOBILITY, LLC, <br><br> **Defendant**. | Case No: 3:17-cv-0053-GFVT |

**NOTICE OF FILING OF ACCEPTANCE OF DEFENDANT'S CIVIL RULE 68 OFFER OF JUDGMENT TO SETTLE THE ATTORNEYS' FEES AND COSTS IN THE ABOVE CAPTIONED CASE**

Counsel for the Relator, Richard Parkey, hereby provides notice to the Court that counsel for the Defendant has tendered a Civil Rule 68 Offer of Judgment to settle the attorneys' fees and costs in the above captioned matter. Counsel for the Defendant tendered an offer of judgment to counsel for the Relator on December 7, 2022, for a sum certain. Counsel for the Relator respectfully provides notice to the Court and counsel that it accepts the offer of judgment which will resolve any dispute regarding attorneys' fees and costs which counsel would have been

entitled to pursuant to 31 U.S.C. §3730(d).

Dated: December 9, 2022                     Respectfully submitted,

*/s/ Mark A. Wohlander*
Mark A. Wohlander
Attorney at Law
P.O. Box 910483
Telephone: (859) 361-5604
Lexington, Kentucky 40591
mark@wohlanderlaw.com

CERTIFICATE OF SERVICE

On December 9, 2022, I electronically filed this document through the ECF system, which will send a notice of electronic filing to all parties in the electronic filing system in this case, and I sent a copy of this document and the notice of electronic filing by U.S. Postal Service and email to the following:

Hon. Lori A. Rubin
Foley & Lardner LLP
3000 K Street, N.W., Suite 500
Washington, D.C. 2007-5143
Telephone: (202) 295-4760
larubin@foley.com

Hon. Lisa M. Noller
Foley & Lardner LLP
321 N. Clark St., Suite 3000
Chicago, Illinois 60654
Telephone: (312) 832-4363
lnoller@foley.com

*/s/ Mark A. Wohlander*
Mark A. Wohlander
*Co-Counsel for Relator*