UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT FRANKFORT

Case No. 3:17-CV-53-GFVT

**UNITED STATES OF AMERICA** and the
**STATE OF INDIANA** *ex rel.* **L. RICHARD PARKEY**                                     Plaintiffs,

v.

**UNITED SEATING AND MOBILITY, LLC**
**d/b/a NUMOTION**                                                                        Defendant.

## NOTICE OF SETTLEMENT

The United States, pursuant to Local Rule 54.1, hereby notifies the Court that the parties in this matter have fully executed a settlement agreement. Pursuant to the terms of the settlement agreement, the parties will file a joint stipulation of dismissal upon full payment of the settlement amount. The settlement agreement states that the full settlement amount must be paid by February 20, 2023.

DATED:  January 31, 2023                    Respectfully submitted,

                                            CARLTON S. SHIER, IV
                                            United States Attorney

By: /s/ Jennifer A. Williams
Jennifer A. Williams
Assistant United States Attorneys
Eastern District of Kentucky
260 W. Vine Street, Suite 300
Lexington, Kentucky 40507
859-233-2661
859-233-2533 (fax)
Jennifer.A.Williams2@usdoj.gov
*Counsel for the United States of America*

## **CERTIFICATE OF SERVICE**

On January 31, 2023, I filed the foregoing via the ECF system, which will cause the pleading to be served by e-mail on all attorneys of record.

The undersigned hereby further certifies that a true and correct copy of the foregoing will be emailed to:

Lawrence J. Carcare II
Deputy Attorney General,
Medicaid Fraud Control Unit
Office of the Indiana Attorney General
8720 Castle Creek Parkway East Drive,
Suite 250
Indianapolis, IN 46250
317-915-5319
317-232-7979 (fax)
Lawrence.Carcare@atg.in.gov
*Counsel for the State of Indiana*

Lisa Noller
Foley & Lardner, LLC
321 North Clark Street, Suite 3000
Chicago, IL 60654
lnoller@foley.com
*Counsel for Defendant*

                              By: /s/ Jennifer A. Williams
                                    Jennifer A. Williams
                                    Assistant United States Attorney