UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
FRANKFORT

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA AND THE STATE OF INDIANA, *ex rel.* RICHARD PARKEY, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil No. 3:17-cv-00053-GFVT **ORDER** |
| Plaintiff, |  |  |
| v. |  |  |
| UNITED SEATING AND MOBILITY, LLC, |  |  |
| Defendant. |  |  |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is before the Court on the parties' Joint Stipulation of Dismissal. [R. 47.] Relator Richard Parkey brought this *qui tam* action on behalf of the United States and the State of Indiana pursuant to the False Claims Act. [R. 1.] On November 14, 2022, the United States intervened and took over prosecution of the case. [R. 38.] On January 31, 2023, the parties notified the Court that they had reached a settlement. [R. 45.] Now, the parties jointly move the Court to dismiss some of the claims in this matter with prejudice and others without prejudice. [R. 47.]

Specifically, the United States, Relator Richard L. Parkey, and Defendant United Seating and Mobility, LLC, stipulate to dismissal with prejudice of the allegations by Relator Parkey that, between January 1, 2013 and June 26, 2019, United Seating violated the False Claims Act by "fail[ing] to disclose [the] true cost of certain medical devices and products in claim[s] for reimbursement" to Kentucky Medicaid. [R. 1 ¶¶ 2, 15, 81–85; R. 47 at 1.] Relator Parkey also stipulates to the dismissal of any other claims with prejudice. [R. 47 at 1.] However, the United

States stipulates to the dismissal of any other claims without prejudice. *Id.* The parties all agree that the State of Indiana will, for its part, stipulate to the dismissal of all claims without prejudice. *Id.* at 2.

Accordingly, and the Court being otherwise sufficiently advised, it is hereby **ORDERED** as follows:

1. Relator Richard Parkey's claims against Defendant United Seating and Mobility, LLC, are **DISMISSED WITH PREJUDICE**;

2. The State of Indiana's claims against Defendant United Seating and Mobility, LLC, as asserted by Relator Parkey are **DISMISSED WITHOUT PREJUDICE**;

3. The allegations by Relator Parkey that, between January 1, 2013 and June 26, 2019, United Seating violated the False Claims Act by "fail[ing] to disclose [the] true cost of certain medical devices and products in claim[s] for reimbursement" to Kentucky Medicaid. [R. 1 ¶¶ 2, 15, 81–85] are **DISMISSED WITH PREJUDICE** as to the United States;

4. Any remaining claims asserted by Relator Parkey on behalf of the United States against Defendant United Seating and Mobility, LLC, are **DISMISSED WITHOUT PREJUDICE**;

5. All pending motions in this matter are **DENIED** as moot; and

6. This matter is **STRICKEN** from the Court's active docket.

This the 21st day of February 2023.

Gregory F. Van Tatenhove
United States District Judge